IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01686-PSF-PAC

ANGELA ADAMS,

    Plaintiff,

v.

SURE TECH RECOVERY, LLC, a Nevada limited liability company,

    Defendant.

## ORDER REGARDING SETTLEMENT

Pursuant to the plaintiff's Notice of Settlement (Dkt. # 4), it is ORDERED that the parties are to file their settlement papers on or before **September 27, 2006.**

IT IS FURTHER ORDERED that if settlement papers are not filed as of that date, lead counsel for all parties shall appear in person before the undersigned for a status conference on **Friday, September 29, 2006, at 8:30 a.m.**  If the settlement papers are filed on or before September 27, 2006, the status conference will be automatically vacated without further order of this Court.

    DATED: September 15, 2006

                                      BY THE COURT:

                                      *s/ Phillip S. Figa*

                                      _____
                                      Phillip S. Figa
                                      United States District Judge