IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01686-PSF-PAC

ANGELA ADAMS,

      Plaintiff,

v.

SURE TECH RECOVERY, LLC, a Nevada limited liability company,

      Defendant.

---

## ORDER OF DISMISSAL

---

The Court having reviewed the plaintiff's Notice of Dismissal with Prejudice

pursuant to F.R.Civ.P. Rule 41(a)(1)(i) and being fully advised in the premises, hereby

ORDERS that this case is DISMISSED WITH PREJUDICE, each party to pay her

or its own attorney's fees and costs.

IT IS FURTHER ORDERED that the tentative status conference set for

September 29, 2006 at 8:30 a.m. is VACATED.

DATED:  September 28, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge